Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
FILED

NOV 1 0 2015

David J. Bradley, Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **15 CR 595** |
| | ) | |
| DENZEL ROBERTS | ) | 18 U.S.C. § 641 |
| a/k/a "Evra Williams" | ) | 18 U.S.C. § 1028A |
| | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

At all times relevant to this Indictment:

1.  Defendant DENZEL ROBERTS, who is also known as Evra Williams, resided in Houston, Texas, within the Southern District of Texas.

2.  A "means of identification" was any name or number that could be used, alone or in conjunction with any other information, to identify a specific individual, including a name, Social Security number, or date of birth.

3.  The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States, and collecting taxes owed to the United States.

### COUNTS ONE THROUGH THREE
(Wire Fraud)

1.  The factual allegations contained in Paragraphs 1 through 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

13289952.1

2. From in or about January 2015, through in or about October 2015, within the Southern District of Texas and elsewhere, Defendant DENZEL ROBERTS, having knowingly and intentionally devised and intended to devise a scheme and artifice to defraud, and to obtain money by means of false and fraudulent pretenses, representations, and promises, caused to be transmitted by means of wire communication in interstate commerce, communications, signals, and writings.

## THE SCHEME AND ARTIFICE

3. It was part of the scheme and artifice that Defendant DENZEL ROBERTS and others would and did obtain and cause to be obtained, without authorization, means of identification of individuals, including their names and Social Security numbers.

4. It was further part of the scheme and artifice that Defendant DENZEL ROBERTS and others would and did access the IRS's "Get Transcript" web application to obtain tax information of the individuals whose means of identification were obtained without authority.

5. It was further part of the scheme and artifice that Defendant DENZEL ROBERTS would and did obtain bank accounts using a fake passport in order to receive fraudulent tax refunds.

6. It was further part of the scheme and artifice that Defendant DENZEL ROBERTS and others would and did use the aforementioned means of identification to electronically file fraudulent 2014 income tax returns in those names in order to obtain tax refunds to which they were not entitled and directed the tax refunds to be directly deposited into bank accounts controlled by DENZEL ROBERTS.

7. It was further part of the scheme and artifice that Defendant DENZEL ROBERTS would and did withdraw the illicit proceeds from bank accounts he controlled.

8. It was further part of the scheme and artifice that the Defendant DENZEL ROBERTS would and did misrepresent, conceal, hide and cause to be misrepresented, concealed and hidden, acts done in furtherance of this scheme.

## THE WIRE COMMUNICATIONS

9. On or about each date listed below, in the Southern District of Texas, Defendant DENZEL ROBERTS, for the purpose of executing the scheme and artifice to defraud, and to aid and abet the same, transmitted, and caused to be transmitted by means of wire communication in interstate commerce, communications, signals, and writings, as more specifically described for each count below:

| Count | Date of Offense | Wire Communication |
|---|---|---|
| 1 | 4/14/2015 | Electronic deposit of $20,387.00 from Refund Advantage, originated from Ohio, to Bank of America bank account number xxx1429 in Houston, Texas |
| 2 | 4/21/2015 | Electronic deposit of $5,628.39 from Tax Products Group, originated from Ohio, to Bank of America bank account number xxx1429, in Houston, Texas |
| 3 | 4/24/2015 | Electronic deposit of $7,801.00 from Refund Advantage, originated from Ohio, to Bank of America bank account number xxx1432 in Houston, Texas |

All in violation of Title 18, United States Code, Section 1343.

13289952.1

## COUNTS FOUR THROUGH SEVEN
(Theft of Public Money)

1.  The factual allegations contained in Paragraphs 1 through 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.  On or about the date listed below, within the Southern District of Texas and elsewhere, Defendant DENZEL ROBERTS did steal, purloin, and knowingly convert to his own use and the use of another, money of the United States, namely, funds administered by the Department of the Treasury in the form of a federal tax refund in the amount and in the name of the individual whose initials are listed below which was deposited into the identified account:

| Count | Date of Deposit | Individual | Amount | Financial Institution | Account Number |
|---|---|---|---|---|---|
| 4 | 2/17/2015 | D.B. | $9,671.00 | Wells Fargo | xxx4123 |
| 5 | 2/19/2015 | B.T. | $8,295.00 | Wells Fargo | xxx4123 |
| 6 | 2/19/2015 | D.D. | $3,575.07 | Wells Fargo | xxx8250 |
| 7 | 4/08/2015 | P.D. | $6,076.00 | Bank of America | xxx1429 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNTS EIGHT THROUGH FOURTEEN
(Aggravated Identity Theft)

1.  The factual allegations contained in Paragraphs 1 through 3 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.  On or about each date listed below, within the Southern District of Texas and elsewhere, Defendant DENZEL ROBERTS did knowingly possess, transfer or use the means of identification of another person without lawful authority during and in relation to an offense in

this Indictment identified as a Related Count below, that is, he knowingly used the name and Social Security number of an actual person known to the grand jury, listed by his or her initials below, to commit the related charge set forth below:

| Count | Date of Offense | Related Count | Related Charge | Individual |
|---|---|---|---|---|
| 8 | 4/14/2015 | 1 | 18 U.S.C. § 1343 | T.H. |
| 9 | 4/21/2015 | 2 | 18 U.S.C. § 1343 | H.F. |
| 10 | 4/24/2015 | 3 | 18 U.S.C. § 1343 | O.M. |
| 11 | 2/17/2015 | 4 | 18 U.S.C. § 641 | D.B. |
| 12 | 2/19/2015 | 5 | 18 U.S.C. § 641 | B.T. |
| 13 | 2/19/2015 | 6 | 18 U.S.C. § 641 | D.D. |
| 14 | 4/08/2015 | 7 | 18 U.S.C. § 641 | P.D. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(4), and (c)(5).

13289952.1

## **FORFEITURE ALLEGATION**

A. The allegations contained in Counts 1 through 7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

B. Upon conviction of the offenses in violation of Title 18, United States Code, Section 1343, set forth in Counts 1 through 3, and Section 641, set forth in Counts 4 through 7, of this Indictment, the Defendant DENZEL ROBERTS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds of said violations, including, but not limited to, the following: a monetary judgment.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third-party

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

Original Signature on File

Foreperson

KENNETH MAGIDSON
United States Attorney
Southern District of Texas

CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division
United States Department of Justice

By: *[signature]*
Michael C. Boteler
Grace E. Albinson
Trial Attorneys
United States Department of Justice